UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN Y WEST
ALECIA T. WEST

Chapter 13

Debtor

Bankruptcy No. 15-16517-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this __28th__ day of __February__, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is/dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
RAYMOND M KEMPINSKI
COLEMAN & KEMPINSKI
1700 MARKET ST, SUITE 1005
PHILADELPHIA, PA 19103-

Debtor:
KEVIN Y WEST
ALECIA T. WEST
6653 Algard Street

Philadelphia, PA 19135-