UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| KEVIN Y. WEST | : | |
| ALECIA T. WEST | : | |
| Debtor | : | Bankruptcy No.  15-16517 AMC |

**ORDER**

Upon consideration of Debtors' Counsel's motion to vacate the order dismissing this case and reinstating the bankruptcy case, it is hereby

ORDERED that the Order Granting Trustee's Motion to Dismiss Case for Failure to Make Payments entered on February 28, 2017 is VACATED and Debtor's case is reinstated.

Dated: _____, 2017

_____
United States Bankruptcy Judge

**William C. Miller**
Chapter 13 Trustee
111 South Independence Mall
Suite 583
Reading, PA 19106

**United States Trustee**
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

**Kevin and Alecia West**
6653 Algard Street
Philadelphia, PA 19135

**Raymond Kempinski**
1700 Market Street, Suite 1005
Philadelphia, PA 19103