```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania

In re:                                                             Case No. 15-16517-amc
Kevin Y West                                                       Chapter 13
Alecia T West
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0313-2        User: JeanetteG              Page 1 of 2           Date Rcvd: Apr 06, 2017
                            Form ID: pdf900              Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2017.
db/jdb         +Kevin Y West,    Alecia T West,    6653 Algard Street,    Philadelphia, PA 19135-2615
aty            +BRYAN S. FAIRMAN,    Aldridge Pite LLP,    4375 Jutland Drive, Suite 200,    PO Box 17933,
                 San Diego, CA 92177-7921
NONE           +Raymond Kempinski,    Law Office of Raymond Kempinski,    1700 Market Street,    Suite 1005,
                 Philadelphia, PA 19103-3920
cr             +Recovery Management Systems Corp,    PO Box 12931,    Norfolk, VA 23541-0931
13594793       +Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,    Kennesaw, GA 30144-3672
13594794       +Acs Inc,    Attn: Bankruptcy,    Po Box 56317,    Philadelphia, PA 19130-6317
13686599        American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 5008,
                 Carol Stream, IL 60197-5008
13594795       +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
13632942      +++Capital Recovery V, LLC,    PO Box 12931,    Norfolk VA 23541-0931
13594796       +Credit Acceptance,    Attn: Bankruptcy Dept,    25505 West 12 Mile Rd Ste 3000,
                 Southfield, MI 48034-8331
13594798       +Debt Recovery Solution,    900 Merchants Concourse,    Westbury, NY 11590-5142
13594801       +Eos Cca,   Po Box 981025,    Boston, MA 02298-1025
13594802       +Fay Financial,    939 W North Ave,    Chicago, IL 60642-7138
13594805       +Lease & Rental Mgmt Co,    45 Haverhill St,    Andover, MA 01810-1499
13594806       +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
13657355        Navient Solutions, Inc.,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
13630353       +Porania LLC,    P. O. Box 11405,    Memphis, TN 38111-0405
13594809       +Security Credit Servic,    Po Box 1156,    Oxford, MS 38655-1156
13837858       +U.S. BANK NATIONAL ASSOCIATION,    FOR PROF-2013 S3 REMIC TRUST III,
                 c/o DENISE ELIZABETH CARLON,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13623853       +U.S. ROF III Legal Title Trust 15-00001,    by US Bank National Association,
                 c/o BRYAN S. FAIRMAN, Aldridge Pite LLP,    4375 Jutland Dr. Suite 200, PO Box 17933,
                 San Diego, CA 92177-7921
13628465       +U.S. ROF III Legal Title Trust 2015-1,    Fay Servicing, LLC,    939 W. North Avenue, Suite 680,
                 Chicago, IL 60642-1231
13622748       +U.S. ROF III Legal Title Trust 2015-1, by U.S.,    c/o Aldridge Pite, LLP,
                 4375 Jutland Drive, Suite 200,    PO Box 17933,    San Diego, CA 92177-7921
13594810       +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Apr 07 2017 01:40:14      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 07 2017 01:39:43
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 07 2017 01:39:56      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: rmscedi@recoverycorp.com Apr 07 2017 01:30:47      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13635584        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 07 2017 01:36:28
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
13680192        E-mail/Text: bankruptcy@phila.gov Apr 07 2017 01:40:13      City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1595
13594797       +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 07 2017 01:40:29
                 Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
13594799       +E-mail/PDF: pa_dc_ed@navient.com Apr 07 2017 01:30:40      Dept Of Ed/navient,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
13594800       +E-mail/Text: bknotice@erccollections.com Apr 07 2017 01:39:49      Enhanced Recovery Corp,
                 Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13594803       +E-mail/Text: fsncustbrnotice@fullservicenetwork.com Apr 07 2017 01:39:17
                 Full Service Network,    600 Grant St Fl 30,    Pittsburgh, PA 15219-2709
13608080       +E-mail/Text: fsncustbrnotice@fullservicenetwork.com Apr 07 2017 01:39:17
                 Full Service Network,    600 Grant Street, Suite 3075,    Pittsburgh, PA 15219-2715
13669940       +E-mail/Text: cio.bncmail@irs.gov Apr 07 2017 01:39:20      Internal Revenue Service,
                 P O BOX 7346,    Philadelphia PA 19101-7346
13594804       +E-mail/Text: csd1clientservices@cboflanc.com Apr 07 2017 01:40:15      Lancaster Collections,
                 Credit Bureau of Lancaster County,    Po Box 1271,    Lancaster, PA 17608-1271
13594808       +E-mail/Text: Supportservices@receivablesperformance.com Apr 07 2017 01:40:19
                 Receivables Performanc,    20816 44th Ave W,    Lynnwood, WA 98036-7744
13604512        E-mail/PDF: rmscedi@recoverycorp.com Apr 07 2017 01:30:54
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13594811       +E-mail/Text: bankruptcynotice@westlakefinancial.com Apr 07 2017 01:39:46
                 Westlake Financial Svc,    4751 Wilshire Blvd Suite 100,    Los Angeles, CA 90010-3847
```

```
District/off: 0313-2          User: JeanetteG            Page 2 of 2               Date Rcvd: Apr 06, 2017
                              Form ID: pdf900            Total Noticed: 39
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
                                                                                                TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13594807      ##+Portfolio Recovery Ass,   287 Independence,   Virginia Beach, VA 23462-2962
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2017 at the address(es) listed below:
```
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S.
               Bank National Association, as Legal Title Trustee debersole@hoflawgroup.com,
               bbleming@hoflawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               PROF-2013 S3 REMIC TRUST III bkgroup@kmllawgroup.com
              Lois M. Vitti    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank
               National Association, as Legal Title Trustee loismvitti@vittilaw.com
              RAYMOND M. KEMPINSKI    on behalf of Joint Debtor Alecia T West ray@colemankempinski.com,
               ray@colemankempinski.com
              RAYMOND M. KEMPINSKI    on behalf of Debtor Kevin Y West ray@colemankempinski.com,
               ray@colemankempinski.com
              RAYMOND M. KEMPINSKI    on behalf of  Raymond  Kempinski ray@colemankempinski.com,
               ray@colemankempinski.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                 TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     KEVIN Y. WEST | : | |
|     ALECIA T. WEST | : | |
|         Debtor | : | Bankruptcy No.  15-16517 AMC |

### ORDER

Upon consideration of Debtors' Counsel's motion to vacate the order dismissing this case and reinstating the bankruptcy case, it is hereby

ORDERED that the Order Granting Trustee's Motion to Dismiss Case for Failure to Make Payments entered on February 28, 2017 is VACATED and Debtor's case is reinstated.

Dated: April 06, 2017 , 2017

_____
United States Bankruptcy Judge

**William C. Miller**
Chapter 13 Trustee
111 South Independence Mall
Suite 583
Reading, PA 19106

**United States Trustee**
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

**Kevin and Alecia West**
6653 Algard Street
Philadelphia, PA 19135

**Raymond Kempinski**
1700 Market Street, Suite 1005
Philadelphia, PA 19103