**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**In RE:**  KEVIN Y WEST                                          **Case No.**  15-16517
AND ALECIA T WEST

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor in the above entitled case hereby requests that the mailing address,
pertaining to both notices and payments, listed in the above stated case be changed;

FROM:

Fay Servicing, LLC

939 W North Avenue,

Suite 680

Chicago, IL 60642

TO:

Fay Servicing, LLC

440 S. LaSalle Street,

Suite 2000

Chicago, IL 60605

Dated: 5/9/2017

/s/ Ashley Boswell

Creditor's Authorized Agent for Fay Servicing LLC