**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF**
**PENNSYLVANIA**

In RE:  
    KEVIN Y WEST  
    ALECIA T WEST

**Case No.** 15-16517

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor in the above entitled case hereby requests that the mailing address, pertaining to both notices and payments, listed in the above stated case be changed;

FROM:  
Fay Servicing, LLC  

440 S. LaSalle St.  

Suite 2000  

Chicago, IL 60605

TO:  
Fay Servicing, LLC  

3000 Kellway Dr.  

Ste 150  

Carrollton, TX 75006

Dated: 08/17/2017

/s/ Padma Vaghela

Creditor's Authorized Agent for Fay Servicing LLC