# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 15-16517-AMC

KEVIN Y WEST
ALECIA T. WEST
6653 ALGARD STREET

PHILADELPHIA, PA 19135-

     Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

KEVIN Y WEST
ALECIA T. WEST
6653 ALGARD STREET

PHILADELPHIA, PA 19135-

Counsel for debtor(s), by electronic notice only.

RAYMOND M KEMPINSKI

1700 MARKET ST, SUITE 1005
PHILADELPHIA, PA 19103-

           /S/ William C. Miller

Date: 5/8/2018

             William C. Miller, Esquire
             Chapter 13 Standing Trustee