United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kevin Y West  
Alecia T West  
    Debtors

Case No. 15-16517-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: John      Page 1 of 1      Date Rcvd: Jun 01, 2018  
                        Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2018.  
13628465      +U.S. ROF III Legal Title Trust 2015-1,   Fay Servicing, LLC,   939 W. North Avenue, Suite 680,   Chicago, IL 60642-1231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2018      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2018 at the address(es) listed below:  
      DANIELLE BOYLE-EBERSOLE   on behalf of Creditor   U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal Title Trustee debersole@hoflawgroup.com, bbleming@hoflawgroup.com  
      DENISE ELIZABETH CARLON   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR PROF-2013 S3 REMIC TRUST III bkgroup@kmllawgroup.com  
      Lois M. Vitti   on behalf of Creditor   U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal Title Trustee loismvitti@vittilaw.com, nicole@vittilaw.com  
      RAYMOND M. KEMPINSKI   on behalf of Joint Debtor Alecia T West ray@colemankempinski.com, ecfmail@mwc-law.com  
      RAYMOND M. KEMPINSKI   on behalf of Debtor Kevin Y West ray@colemankempinski.com, ecfmail@mwc-law.com  
      RAYMOND M. KEMPINSKI   on behalf of  Raymond  Kempinski ray@colemankempinski.com, ecfmail@mwc-law.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
      TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-16517-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Kevin Y West
6653 Algard Street
Philadelphia PA 19135

Alecia T West
6653 Algard Street
Philadelphia PA 19135

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/31/2018.

Name and Address of Alleged Transferor(s):

Claim No. 3: U.S. ROF III Legal Title Trust 2015-1, Fay Servicing, LLC, 939 W. North Avenue, Suite 680, Chicago, IL 60642

Name and Address of Transferee:

U.S. Bank Trust National Association,
Shellpoint Mortgage Servicing
P.O. Box 10675
Greenville, SC 29603

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    06/03/18

Tim McGrath
**CLERK OF THE COURT**