UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

In re                                     :    Case No. 15 - 16517
Kevin Y. & Alecia T. West                 :              (Chapter 13)
                        Debtors.          :
                                          :    Hon. Ashely M. Chan
                                          :

## PRAECIPE TO WITHDRAW/ENTER APPEARANCE

To The Clerk:

Pursuant to Local Rule 2091-1 of the Federal Rules of Bankruptcy Procedure, please withdraw and enter the undersigned attorneys in the above-captioned matter.

### WITHDRAWAL OF APPEARANCE

Kindly withdraw of record the Appearance of the undersigned counsel on behalf of Debtors in the above-captioned matter.

Respectfully submitted,

_____
Raymond M. Kempinski, Esquire
Former Attorney for Debtors
DATE: 8-12-18

### ENTRY OF APPEARANCE

Kindly enter of record the Appearance of the undersigned counsel on behalf of Debtors in the above-captioned matter.

Respectfully submitted,

_____
Ronald G. McNeil, Esquire
Attorney for Debtors
DATE: August 9, 2018