B2030 (Form 2030) (12/15)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Kevin Y. & Alecia T. West, Debtors          Case No: 15 - 16517 AMC
                                                    Chapter 13

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that I am the attorney for the above named Debtors and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of Debtors in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $250.00 |
   | Prior to the filing of this statement I have received | $250.00 |
   | Balance Due | $   0.00 |

2. The source of the compensation paid to me was:  [x] Debtors    [] Other (specify)
3. The source of compensation to be paid to me is:  [x] Debtors    [] Other (specify)
4. [x] I have *not* agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.
   [] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.
5. In return for the above-disclosed fee, I have agreed to render legal service for most aspects of the bankruptcy case, including:
   Defending Debtors for Trustee's Motion to Dismiss and for other contested bankruptcy matters.

6. By agreement with Debtors, the above-disclosed fee does not include the following services:
   Adversary Complaints and Motion for Relief.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of Debtors in this bankruptcy proceeding.

Date:    October 1, 2018

/S/     Ronald G. McNeil
Ronald G. McNeil, Esquire
McNeil Legal Services