# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                           Chapter 13

                           Bankruptcy No. 15-16517-AMC

KEVIN Y WEST
ALECIA T. WEST
6653 ALGARD STREET

PHILADELPHIA, PA 19135-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KEVIN Y WEST
    ALECIA T. WEST
    6653 ALGARD STREET

    PHILADELPHIA, PA 19135-

Counsel for debtor(s), by electronic notice only.

    RONALD G MCNEIL, ESQ
    MCNEIL LEGAL SERVICES
    1333 RACE ST
    PHILADELPHIA, PA 191071585

/S/ William C. Miller

Date: 9/17/2019

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee