UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

IN RE:
**Alecia T. West & Kevin Y. West**
Debtors

CHAPTER 13

CASE NO.: 15-16517-amc

## ORDER FOR RELIEF

AND NOW, this  25th  day of  February , 2020, upon the Motion of **New Rez LLC d/b/a Shellpoint Mortgage Servicing, as Servicer for 1900 Capital Trust III, by U.S. Bank Trust National Association, not in its individual capacity but solely as Certificate Trustee** ("Movant"), and after Notice of Default and the filing of a Certification of Default, it is,

ORDERED AND DECREED THAT: The automatic stay of all proceedings, as provided by 11 U.S.C. § 362(a) is modified with respect to premises, 6653 Algard Street, Philadelphia, PA 19135 as more fully set forth in the legal description attached to said mortgage, to allow the Movant to foreclose on its mortgage or take any legal or consensual action enforcement of its right to possession of, or title to, said premises (such actions may include but are not limited to the signing of a deed in lieu of foreclosure or entering into a loan modification agreement) and to allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises; and it is further;

ORDERED AND DECREED THAT: Rule 4001(a)(3) is not applicable and **New Rez LLC d/b/a Shellpoint Mortgage Servicing, as Servicer for 1900 Capital Trust III, by U.S. Bank Trust National Association, not in its individual capacity but solely as Certificate Trustee** may immediately enforce and implement this Order granting Relief from the Automatic Stay.

_____
Ashely M. Chan, USBJ

{Y0602217; 1}