United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 15-16517-amc
Kevin Y West                                                    Chapter 13
Alecia T West
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Keith           Page 1 of 1           Date Rcvd: Feb 25, 2020
                              Form ID: pdf900        Total Noticed: 7
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2020.
db/jdb      #+Kevin Y West,   Alecia T West,   6653 Algard Street,   Philadelphia, PA 19135-2615
aty         +BRYAN S. FAIRMAN,   Aldridge Pite LLP,   4375 Jutland Drive, Suite 200,   PO Box 17933,
             San Diego, CA 92177-7921
cr          +1900 Capital Trust I, by U.S. Bank Trust National,   c/o ShellPoint Mortgage Servicing,
             PO BOX 10826,   GREENVILLE, SC 29603-0826
cr          #+Fay Servicing, LLC,   3000 Kellway Drive, Suite 150,   Carrollton, TX 75006-3357
cr          +Recovery Management Systems Corp,   PO Box 12931,   Norfolk, VA 23541-0931
cr          +Santander Consumer USA Inc.,   P.O. Box 961245,   Fort Worth, TX 76161-0244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            E-mail/PDF: rmscedi@recoverycorp.com Feb 26 2020 03:51:26    Capital Recovery V, LLC,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
                                                                          TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            U.S. ROF III Legal Title Trust 2015-1, by U.S. Ban
cr*         +Fay Servicing, LLC,   3000 Kellway Dr,Ste 150,   Carrollton, TX 75006-3357
NONE       ##+Raymond Kempinski,   Law Office of Raymond Kempinski,   1700 Market Street,   Suite 1005,
             Philadelphia, PA 19103-3920
                                                                     TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2020                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2020 at the address(es) listed below:
        DANIELLE  BOYLE-EBERSOLE   on behalf of Creditor   U.S. ROF III Legal Title Trust 2015-1, by U.S.
         Bank National Association, as Legal Title Trustee debersole@hoflawgroup.com,
         pfranz@hoflawgroup.com
        DENISE ELIZABETH CARLON   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
         PROF-2013 S3 REMIC TRUST III bkgroup@kmllawgroup.com
        Lois M. Vitti   on behalf of Creditor   U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank
         National Association, as Legal Title Trustee loismvitti@vittilaw.com,  nicole@vittilaw.com
        MICHAEL J. SHAVEL   on behalf of Creditor   1900 Capital Trust I, by U.S. Bank Trust National
         Association, not in its individual capacity but solely as Certificate Trustee
         mshavel@hillwallack.com,  jrydzewski@HillWallack.com;skenny@hillwallack.com
        RAYMOND M. KEMPINSKI   on behalf of  Raymond  Kempinski raykemp1006@gmail.com,
         raykemp1006@gmail.com
        RONALD G. MCNEIL   on behalf of Joint Debtor Alecia T West r.mcneill@verizon.net
        RONALD G. MCNEIL   on behalf of Debtor Kevin Y West r.mcneill@verizon.net
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
        WILLIAM EDWARD CRAIG   on behalf of Creditor   Santander Consumer USA Inc.
         ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                          TOTAL: 10
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE:<br>**Alecia T. West & Kevin Y. West**<br>Debtors | CHAPTER 13<br><br>CASE NO.: 15-16517-amc |

**ORDER FOR RELIEF**

AND NOW, this _25th_ day of _February_, 2020, upon the Motion of **New Rez LLC d/b/a Shellpoint Mortgage Servicing, as Servicer for 1900 Capital Trust III, by U.S. Bank Trust National Association, not in its individual capacity but solely as Certificate Trustee** ("Movant"), and after Notice of Default and the filing of a Certification of Default, it is,

ORDERED AND DECREED THAT: The automatic stay of all proceedings, as provided by 11 U.S.C. § 362(a) is modified with respect to premises, 6653 Algard Street, Philadelphia, PA 19135 as more fully set forth in the legal description attached to said mortgage, to allow the Movant to foreclose on its mortgage or take any legal or consensual action enforcement of its right to possession of, or title to, said premises (such actions may include but are not limited to the signing of a deed in lieu of foreclosure or entering into a loan modification agreement) and to allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises; and it is further;

ORDERED AND DECREED THAT: Rule 4001(a)(3) is not applicable and **New Rez LLC d/b/a Shellpoint Mortgage Servicing, as Servicer for 1900 Capital Trust III, by U.S. Bank Trust National Association, not in its individual capacity but solely as Certificate Trustee** may immediately enforce and implement this Order granting Relief from the Automatic Stay.

_____
Ashely M. Chan, USBJ

{Y0602217; 1}