```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                          Case No. 15-16517-amc
Kevin Y West                                                    Chapter 13
Alecia T West
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: John              Page 1 of 2                Date Rcvd: Jun 05, 2020
                               Form ID: pdf900         Total Noticed: 10
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2020.
```
db/jdb         #+Kevin Y West,    Alecia T West,    6653 Algard Street,    Philadelphia, PA 19135-2615
aty            +BRYAN S. FAIRMAN,    Aldridge Pite LLP,    4375 Jutland Drive, Suite 200,    PO Box 17933,
                 San Diego, CA 92177-7921
cr             +1900 Capital Trust I, by U.S. Bank Trust National,    c/o ShellPoint Mortgage Servicing,
                 PO BOX 10826,   GREENVILLE, SC 29603-0826
cr             +Recovery Management Systems Corp,    PO Box 12931,    Norfolk, VA 23541-0931
14465943       +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
14466253       +Santander Consumer USA Inc.,    c/o WILLIAM EDWARD CRAIG,    Morton & Craig,
                 110 Marter Avenue, Suite 301,    Moorestown, NJ 08057-3125
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jun 06 2020 03:32:30      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 06 2020 03:32:20
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 06 2020 03:32:28      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: rmscedi@recoverycorp.com Jun 06 2020 03:38:35      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. ROF III Legal Title Trust 2015-1, by U.S. Ban
cr*            +Fay Servicing, LLC,    3000 Kellway Dr,Ste 150,    Carrollton, TX 75006-3357
cr*            +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
cr            ##+Fay Servicing, LLC,    3000 Kellway Drive, Suite 150,    Carrollton, TX 75006-3357
NONE          ##+Raymond Kempinski,    Law Office of Raymond Kempinski,    1700 Market Street,    Suite 1005,
                 Philadelphia, PA 19103-3920
                                                                                   TOTALS: 1, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2020 at the address(es) listed below:
```
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S.
               Bank National Association, as Legal Title Trustee debersole@hoflawgroup.com,
               pfranz@hoflawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               PROF-2013 S3 REMIC TRUST III bkgroup@kmllawgroup.com
              Lois M. Vitti    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank
               National Association, as Legal Title Trustee loismvitti@vittilaw.com,  nicole@vittilaw.com
```

```
District/off: 0313-2          User: John              Page 2 of 2               Date Rcvd: Jun 05, 2020
                              Form ID: pdf900         Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        MICHAEL J. SHAVEL   on behalf of Creditor    1900 Capital Trust I, by U.S. Bank Trust National Association, not in its individual capacity but solely as Certificate Trustee    mshavel@hillwallack.com, skenny@hillwallack.com;lharkins@hillwallack.com
        RAYMOND M. KEMPINSKI   on behalf of  Raymond  Kempinski raykemp1006@gmail.com, raykemp1006@gmail.com
        RONALD G. MCNEIL   on behalf of Joint Debtor Alecia T West r.mcneil1@verizon.net
        RONALD G. MCNEIL   on behalf of Debtor Kevin Y West r.mcneil1@verizon.net
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM EDWARD CRAIG   on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

        TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: KEVIN Y. WEST ) | |
| ALECIA T. WEST ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| SANTANDER CONSUMER USA INC. ) | Case No.: 15-16517 (AMC) |
| **Moving Party** ) | |
| v. ) | |
| ) | **Hearing Date:  5-5-20 at 11:00 AM** |
| KEVIN Y. WEST ) | |
| ALECIA T. WEST ) | |
| **Respondent(s)** ) | 11 U.S.C. 362 |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |
| ) | |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. and the Debtors in settlement of the Motion For Stay Relief, and filed on or about June 4, 2020 in the above matter is APPROVED.

Dated:    **June 5, 2020**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE