Certificate Number: 15317-PAE-DE-034736192

Bankruptcy Case Number: 15-16517



15317-PAE-DE-034736192

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 3, 2020, at 7:17 o'clock PM PDT, Kevin Y West completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 3, 2020                By:    /s/Antonio Buscas

                                      Name:  Antonio Buscas

                                      Title: Credit Counselor