United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-16517-mdc |
| Kevin Y West | Chapter 13 |
| Alecia T West | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

+++   Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(e).

\#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Kevin Y West, Alecia T West, 6653 Algard Street, Philadelphia, PA 19135-2615 |
| aty | + | BRYAN S. FAIRMAN, Aldridge Pite LLP, 4375 Jutland Drive, Suite 200, PO Box 17933, San Diego, CA 92177-7921 |
| cr | + | 1900 Capital Trust I, by U.S. Bank Trust National, c/o ShellPoint Mortgage Servicing, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| cr | + | Recovery Management Systems Corp, PO Box 12931, Norfolk, VA 23541-0931 |
| 13594794 | + | Acs Inc, Attn: Bankruptcy, Po Box 56317, Philadelphia, PA 19130-6317 |
| 13594795 | + | Ar Resources Inc, 1777 Sentry Pkwy W, Blue Bell, PA 19422-2206 |
| 13632942 | +++ | Capital Recovery V, LLC, PO Box 12931, Norfolk VA 23541-0931 |
| 13594801 | + | Eos Cca, Po Box 981025, Boston, MA 02298-1025 |
| 13594802 | + | Fay Financial, 939 W North Ave, Chicago, IL 60642-7138 |
| 13594805 | + | Lease & Rental Mgmt Co, 45 Haverhill St, Andover, MA 01810-1499 |
| 13594807 | + | Portfolio Recovery Ass, 287 Independence, Virginia Beach, VA 23462-2962 |
| 14465943 | + | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14466253 | + | Santander Consumer USA Inc., c/o WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 13594809 | + | Security Credit Servic, Po Box 1156, Oxford, MS 38655-1156 |
| 13837858 | + | U.S. BANK NATIONAL ASSOCIATION, FOR PROF-2013 S3 REMIC TRUST III, c/o DENISE ELIZABETH CARLON, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14114875 | + | U.S. Bank Trust National Association,, Shellpoint Mortgage Servicing, P.O. Box 10675, Greenville, SC 29603-0675 |
| 13623853 | + | U.S. ROF III Legal Title Trust 15-00001, by US Bank National Association, c/o BRYAN S. FAIRMAN, Aldridge Pite LLP, 4375 Jutland Dr. Suite 200, PO Box 17933, San Diego, CA 92177-7921 |
| 13628465 | + | U.S. ROF III Legal Title Trust 2015-1, Fay Servicing, LLC, 939 W. North Avenue, Suite 680, Chicago, IL 60642-7138 |
| 13622748 | + | U.S. ROF III Legal Title Trust 2015-1, by U.S., c/o Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, PO Box 17933, San Diego, CA 92177-7921 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 19 2021 01:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 19 2021 01:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | May 19 2021 01:55:07 | Capital Recovery V, LLC, c/o Recovery |

Case 15-16517-mdc   Doc 110   Filed 05/20/21   Entered 05/21/21 00:56:34   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13686599 | | Email/Text: G06041@att.com | May 19 2021 01:59:00 | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 5008, Carol Stream, IL 60197-5008 |
| 13635584 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 19 2021 01:51:38 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13680192 | | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13594796 | + | Email/Text: ebnnotifications@creditacceptance.com | May 19 2021 01:49:00 | Credit Acceptance, Attn: Bankruptcy Dept, 25505 West 12 Mile Rd Ste 3000, Southfield, MI 48034-8331 |
| 13594797 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 19 2021 02:00:00 | Credit Collections Svc, Po Box 773, Needham, MA 02494-0918 |
| 13594799 | + | Email/PDF: pa_dc_ed@navient.com | May 19 2021 01:53:17 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 13594800 | + | Email/Text: bknotice@ercbpo.com | May 19 2021 01:58:00 | Enhanced Recovery Corp, Attention: Client Services, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 13594803 | + | Email/Text: fsncustbrnotice@fullservicenetwork.com | May 19 2021 01:49:00 | Full Service Network, 600 Grant St Fl 30, Pittsburgh, PA 15219-2702 |
| 13608080 | + | Email/Text: fsncustbrnotice@fullservicenetwork.com | May 19 2021 01:49:00 | Full Service Network, 600 Grant Street, Suite 3075, Pittsburgh, PA 15219-2715 |
| 13669940 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 19 2021 01:49:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 13594804 | + | Email/Text: csd1clientservices@cboflanc.com | May 19 2021 02:00:00 | Lancaster Collections, Credit Bureau of Lancaster County, Po Box 1271, Lancaster, PA 17608-1271 |
| 13594806 | + | Email/Text: bankruptcydpt@mcmcg.com | May 19 2021 01:58:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 13657355 | | Email/PDF: pa_dc_claims@navient.com | May 19 2021 01:53:17 | Navient Solutions, Inc., Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 13594808 | + | Email/Text: Supportservices@receivablesperformance.com | May 19 2021 02:00:00 | Receivables Performanc, 20816 44th Ave W, Lynnwood, WA 98036-7744 |
| 13604512 | | Email/PDF: rmscedi@recoverycorp.com | May 19 2021 01:53:18 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13594810 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 19 2021 01:49:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 13594811 | + | Email/Text: bankruptcynotice@westlakefinancial.com | May 19 2021 01:58:00 | Westlake Financial Svc, 4751 Wilshire Blvd Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. ROF III Legal Title Trust 2015-1, by U.S. Ban |
| cr | *+ | Fay Servicing, LLC, 3000 Kellway Dr,Ste 150, Carrollton, TX 75006-3357 |
| cr | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | ##+ | Fay Servicing, LLC, 3000 Kellway Drive, Suite 150, Carrollton, TX 75006-3357 |
| NONE | ##+ | Raymond Kempinski, Law Office of Raymond Kempinski, 1700 Market Street, Suite 1005, Philadelphia, PA 19103-3920 |
| 13594793 | ##+ | Aaron Sales & Lease Ow, 1015 Cobb Place Blvd Nw, Kennesaw, GA 30144-3672 |
| 13594798 | ##+ | Debt Recovery Solution, 900 Merchants Concourse, Westbury, NY 11590-5121 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 40 |

13630353   ##+   Porania LLC, P. O. Box 11405, Memphis, TN 38111-0405

TOTAL: 1 Undeliverable, 2 Duplicate, 5 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 20, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor U.S. ROF III Legal Title Trust 2015-1 by U.S. Bank National Association, as Legal Title Trustee dboyle-ebersole@orlans.com, pfranz@hoflawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PROF-2013 S3 REMIC TRUST III bkgroup@kmllawgroup.com |
| Lois M. Vitti | on behalf of Creditor U.S. ROF III Legal Title Trust 2015-1 by U.S. Bank National Association, as Legal Title Trustee loismvitti@vittilaw.com, nicole@vittilaw.com |
| MICHAEL J. SHAVEL | on behalf of Creditor 1900 Capital Trust I by U.S. Bank Trust National Association, not in its individual capacity but solely as Certificate Trustee mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@hillwallack.com |
| RAYMOND M. KEMPINSKI | on behalf of Raymond Kempinski raykemp1006@gmail.com raykemp1006@gmail.com |
| RONALD G. MCNEIL | on behalf of Joint Debtor Alecia T West r.mcneil1@verizon.net |
| RONALD G. MCNEIL | on behalf of Debtor Kevin Y West r.mcneil1@verizon.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Kevin Y West and Alecia T West

    Debtor(s)

Bankruptcy No: 15−16517−mdc

Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 5/18/21

        109 − 108
        Form 138_new