UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

In re                                : Case No. 15 - 16517
  Kevin Y. & Alecia T. West           :                    (Chapter 13)
          Debtors.              :
                                     : Hon. Magdeline D. Coleman
                                     :

# ORDER

AND NOW, upon consideration of Debtors' Motion for Withdrawal of Unclaimed Funds, and after a hearing therefor, it is hereby ORDERED that

a)  Debtors' Motion for Withdrawal of Unclaimed Funds is GRANTED;

b)  The Bankruptcy Court's Clerk shall issue a check for $499.54 to Debtors; and

c)  The Clerk shall mail the check to
    Kevin Y. & Alecia T. West
     c/o Ronald G. McNeil, Esquire
    1333 Race Street
    Philadelphia, PA  19107-1585.

DATE:                                                BY THE COURT:

_____
Hon. Magdeline D. Coleman
Chief, U.S. Bankruptcy Judge