UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

In re  
   Kevin Y. & Alecia T. West  
          Debtors.

Case No.  15 - 16517  
        (Chapter 13)

Hon. Magdeline D. Coleman

## ORDER

AND NOW, upon consideration of Debtors' Motion for Withdrawal of Unclaimed Funds, and after a hearing therefor, it is hereby ORDERED that

a)    Debtors' Motion for Withdrawal of Unclaimed Funds is GRANTED;

b)    The Bankruptcy Court's Clerk shall issue a check for $499.54 to Debtors; and

c)    The Clerk shall mail the check to  
      Kevin Y. & Alecia T. West  
       c/o Ronald G. McNeil, Esquire  
      1333 Race Street  
      Philadelphia, PA  19107-1585.

DATE:  July 20, 2021               BY THE COURT

_____  
MAGDELINE D. COLEMAN  
CHIEF U.S. BANKRUPTCY JUDGE