United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                  Case No. 15-16517-mdc

Kevin Y West                                                                                      Chapter 13

Alecia T West

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 12, 2021 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Kevin Y West, Alecia T West, 6653 Algard Street, Philadelphia, PA 19135-2615 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2021                          Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DANIELLE BOYLE-EBERSOLE | |
| | on behalf of Creditor U.S. ROF III Legal Title Trust 2015-1  by U.S. Bank National Association, as Legal Title Trustee dboyle-ebersole@orlans.com, pfranz@hoflawgroup.com |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR PROF-2013 S3 REMIC TRUST III bkgroup@kmllawgroup.com |
| Lois M. Vitti | |
| | on behalf of Creditor U.S. ROF III Legal Title Trust 2015-1  by U.S. Bank National Association, as Legal Title Trustee loismvitti@vittilaw.com, nicole@vittilaw.com |
| MICHAEL J. SHAVEL | |

on behalf of Creditor 1900 Capital Trust I by U.S. Bank Trust National Association, not in its individual capacity but solely as
Certificate Trustee mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@hillwallack.com

RAYMOND M. KEMPINSKI

on behalf of Raymond Kempinski raykemp1006@gmail.com raykemp1006@gmail.com

RONALD G. MCNEIL

on behalf of Joint Debtor Alecia T West r.mcneil1@verizon.net

RONALD G. MCNEIL

on behalf of Debtor Kevin Y West r.mcneil1@verizon.net

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com philaecf@gmail.com

WILLIAM EDWARD CRAIG

on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com


TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                              : Chapter 13

Kevin Y West and Alecia T West                                      : Case No. 15−16517−mdc

        Debtor(s)

### ORDER

_____

     AND NOW, this day , August 12, 2021 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

     ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court